**Opinion issued March 3, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00320-CV

————————————

**832 YALE ST. LLC., AND TERRY FISHER, Appellants**

**V.**

**STALLION TEXAS REAL ESTATE FUND, LLC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1129141**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's final summary judgment signed on April 8, 2019. Appellants' brief was originally due on December 16, 2019. On December 31, 2019, we issued a notice advising appellants that unless their brief was filed within ten days, we might dismiss the appeal for want of prosecution.

Appellants neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.